

# The Attorney General of Texas

November 9, 1977

**JOHN L. HILL**
Attorney General

Supreme Court Building
P.O. Box 12548
Austin, TX. 78711
512/475-2501

701 Commerce, Suite 200
Dallas, TX. 75202
214/742-8944

4814 Alberta Ave., Suite 160
El Paso, TX. 79905
915/533-3484

723 Main, Suite 610
Houston, TX. 77002
713/228-0701

806 Broadway, Suite 312
Lubbock, TX. 79401
806/747-5238

4313 N. Tenth, Suite F
McAllen, TX. 78501
512/682-4547

200 Main Plaza, Suite 400
San Antonio, TX. 78205
512/225-4191

An Equal Opportunity
Affirmative Action Employer

Honorable Robert A. Sone
Attorney at Law
County Courthouse
Leakey, Texas 78873

Dear Mr. Sone:

Opinion No. H- 1088

Re: Whether a county
may combine justice
precincts so there are
only two justice pre-
cincts in the county.

You have requested our opinion as to whether a county may combine its justice precincts so that there are only two justice precincts in the county. You state that, at present, Real County has only two justices of the peace for its four precincts.

Article 5, section 18 of the Texas Constitution provides, in pertinent part:

> Each organized county in the State now or hereafter existing, shall be divided from time to time, for the convenience of the people, into precincts, not less than four and not more than eight . . . . In each such precinct there shall be elected one Justice of the Peace and one Constable. . . .

(Emphasis added). The constitutional requirement regarding the minimum number of precincts is clear, and, as we observed in Attorney General Opinion H-32 (1973), with respect to another portion of article 5, section 18:

> This provision leaves no room for interpretation and it must be obeyed. There must be one commissioner from each of four precincts, elected by the voters of each precinct.

Id. at 1. See Williams v. Castleman, 247 S.W. 263, 267 (Tex. 1922); State ex rel. Dowlen v. Rigsby, 43 S.W. 271, 273 (Tex. Civ. App.), writ ref'd, 43 S.W. 1101 (Tex. 1897). Thus,

in our opinion, a county must maintain a minimum of four justice precincts.

Furthermore, article 5, section 18 also requires that a justice of the peace "shall be elected" in each precinct. In the event of a vacancy in the office, article 5, section 28 directs that it "shall be filled by the Commissioners Court until the next succeeding General Election."

## S U M M A R Y

A county may not combine its justice precincts so that there are only two justice precincts in the county.

Very truly yours,

JOHN L. HILL
Attorney General of Texas

APPROVED:

DAVID M. KENDALL, First Assistant

C. ROBERT HEATH, Chairman
Opinion Committee

jst